**IN THE MATTER OF THE PETITION FOR REINSTATEMENT OF JONATHAN FREDERICK SEAMON LOVE TO THE BAR OF MARYLAND**

\*     **IN THE**

\*     **COURT OF APPEALS**

\*     **OF MARYLAND**

\*     **Misc. Docket AG No. 16**

\*     **September Term, 2021**

## O R D E R

Upon consideration of the Verified Petition of Jonathan Love for Reinstatement to the Maryland Bar and Bar Counsel's Response to Verified Petition for Reinstatement, filed in the above-captioned case, it is this 24th day of September, 2021,

**ORDERED**, by the Court of Appeals of Maryland, a majority concurring, that Mr. Love's Petition for Reinstatement be, and the same hereby is, GRANTED; and it is further

**ORDERED**, that, pursuant to Maryland Rule 19-752(j), Jonathan Frederick Seamon Love is reinstated as a member of the Bar of Maryland, subject to his performance of a condition precedent; that is, no later than October 15, 2021, Mr. Love shall provide Bar Counsel with a copy of the executed lease (the "Lease") to which he referred in his email to Bar Counsel, dated September 7, 2021, when he stated: "[O]n April 26, 2021, I signed a new lease to return to 300 New Jersey Avenue, NW, Suite 900, Washington, DC." If the Lease does not reflect the date upon which Mr. Love signed it, Mr. Love shall, in addition to providing Bar Counsel with a copy of the Lease, provide proof to Bar Counsel of the date upon which he signed the Lease; and it is further

**ORDERED**, that, if Bar Counsel is of the view that Mr. Love has not fully complied with the above-described condition precedent or that the information provided by Mr. Love pursuant to this Order provides good cause for this Court to vacate the grant of reinstatement or to take other appropriate action, Bar Counsel may, no later than November 1, 2021, file a motion to vacate reinstatement pursuant to Maryland Rule 19-752(m) or may file a notice or other paper stating Bar Counsel's position; and it is further

**ORDERED**, that, if Bar Counsel does not file a motion to vacate reinstatement or a notice or other paper as discussed in the preceding paragraph on or before November 1, 2021, Mr. Love's reinstatement pursuant to this Order shall become effective on November 2, 2021, and the Clerk of the Court shall replace the name Jonathan Frederick Seamon Love upon the register of attorneys entitled to practice law in this State on November 2, 2021, and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State; and it is further

**ORDERED**, that, if Bar Counsel files a motion to vacate reinstatement or a notice or other paper as discussed above, Mr. Love may file a verified response to Bar Counsel's filing no later than 15 days after service of Bar Counsel's filing; and it is further

**ORDERED**, that, if Bar Counsel files a motion to vacate reinstatement or a notice or other paper as discussed above, Mr. Love's reinstatement shall not become effective without further Order of the Court.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Joseph M. Getty
Chief Judge

Suzanne C. Johnson, Clerk